| | | |
|---|---|---|
| Dallas Buyers Club, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-14-2218 |
| Internet User, et al., | § § § | |
| Defendants. | § | |

## Order to Amend

By 2:00 p.m. on August 8, 2014, Dallas Buyers Club, LLC, must amend its complaint to specify, as nearly as it can, by technical description or otherwise, the people whom it has sued. It must remove all mention of "Does" or similar fictions.

Signed on August 6, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge