| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Dallas Buyers Club, LLC, §
　　　　　　　　　　　　　　 §
　　　　Plaintiff, §
　　　　　　　　　　　　　　 §
versus § Civil Action H-14-2218
　　　　　　　　　　　　　　 §
Internet User, *et al.*, §
　　　　　　　　　　　　　　 §
　　　　Defendants. §

## Order Setting Hearing

A hearing on the motion for leave to subpoena by Dallas Buyers Club, LLC, will be held before Judge Lynn N. Hughes:

August 8, 2014,
at 3:30 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on August 6, 2014, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　　United States District Judge