IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case: No. 4:14-cv-02218 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Internet Users, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO RESET HEARING AND FOR TELEPHONIC CONFERENCE**

Plaintiff respectfully requests that the hearing set for August 8, 2014, at 3:30 p.m. (Doc. 8) be reset to August 12, 2014, at 3:30 p.m. Plaintiff's counsel is unavailable on the 8th. In addition, counsel Keith A. Vogt, requests to attend by telephone and Mr. Kirshbaum will attend the hearing in person.

DATED: August 7, 2014           Respectfully submitted,

By:     s/Daniel R. Kirshbaum, P.C.
        Daniel R. Kirshbaum
        Texas Bar No. 11533000
        4900 Woodway, Suite 600
        Houston, Texas 77056
        (832) 617-5683-ofc
        (713) 208-7709-cell
        (832) 266-0282-fax

        s/ Keith A. Vogt
        Keith A. Vogt (Bar No. 6207971)
        Takiguchi & Vogt, LLP
        1415 West 22nd Street, Tower Floor
        Oakbrook, IL 60523
        (630) 974-5707
        KVogt@takiguchiandvogt.com

        Attorneys for Plaintiff