UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Dallas Buyers Club, LLC | § § | |
| *versus* | § § | Civil Action 4:14−cv−02218 |
| Does 1–25, et al. | § | |

## Order Resetting Hearing

1. The hearing has been reset to:

    August 12, 2014
    at 03:30 PM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on August 8, 2014, at Houston, Texas.

    _____
    Lynn N. Hughes    USDJ
    United States District Judge