IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 4:14-cv-02218 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all Defendants identified in Plaintiff's Complaint. This terminates the matter.

DATED: August 12, 2014              Respectfully submitted,


                                    Dallas Buyers Club, LLC,


                            By:     s/Daniel R. Kirshbaum, P.C.
                                    Daniel R. Kirshbaum
                                    Texas Bar No. 11533000
                                    4900 Woodway, Suite 600
                                    Houston, Texas 77056
                                    (832) 617-5683-ofc
                                    (713) 208-7709-cell
                                    (832) 266-0282-fax

                                    s/ Keith A. Vogt
                                    Keith A. Vogt (Bar No. 6207971)
                                    Takiguchi& Vogt, LLP
                                    1415 West 22nd Street, Tower Floor
                                    Oakbrook, IL 60523
                                    (630) 974-5707
                                    KVogt@takiguchiandvogt.com

                                    Attorneys for Plaintiff