UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Dallas Buyers Club, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-14-2218 |
| | § | |
| Internet User, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

1.      Because Dallas Buyers Club, LLC, no longer wishes to pursue this matter, the court dismisses this case without prejudice.

2.      If Dallas sues again based on these facts, it must be assigned to Judge Lynn N. Hughes.

3.      Dallas moved for relief. This court immediately set a hearing on the motion. After counsel for Dallas could not attend the setting, the court reset the hearing to accommodate him. Dallas again requested that the court reset the hearing because its lead counsel could not attend – on the very date it requested. Dallas's lawyer was surprised to discover that he could not appear telephonically at his whim because he did not bother to read the court's rules.

4.      At each step, Dallas has persisted in calling and e-mailing the court's case manager without addressing the court formally.

5.    Dallas was unable to specifically identify the people it sued, relying instead on the trite fictions of John Does. When asked to describe with specificity who the people were– internet users, people who visited a website, subscribers – it listed the internet addresses for each person in block text – impenetrable by anyone save for a fourteen-year old with designs to use them.

Signed on August 12, 2014, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge